## Estate of Isaac Brownfield.   Appeal of Brownfield, Trustees.

Argued May 8, 1899.   Appeal, No. 280, Jan. T., 1898, by William W. and Isaac H. Brownfield, from decree of O. C. Fayette Co., Sept. T., 1895, No. 43, dismissing exceptions to auditor's report.   Before STERRETT, C. J., GREEN, McCOLLUM, MITCHELL and DEAN, JJ.   Reversed.

OPINION BY Mr. JUSTICE MITCHELL, October 6, 1899:
For reasons given in the opinion in the same estate, January term, No. 279, ante, p. 151, the decree is reversed at the costs of the appellees.

---

## Estate of Isaac Brownfield.   Appeal of William W. and Isaac H. Brownfield, Executors.

Argued May 8, 1899.   Appeal, No. 278, Jan. T., 1898, by William W. and Isaac H. Brownfield, executors, from decree of O. C. Fayette Co., Sept. T., 1895, No. 44, dismissing exceptions to auditor's report.   Before STERRETT, C. J., GREEN, McCOLLUM, MITCHELL and DEAN, JJ.   Reversed.

OPINION BY MR. JUSTICE MITCHELL, October 6, 1899:
For reasons given in the opinion in the same estate, January term, No. 279, ante, p. 151, the decree is reversed at the costs of the appellees.

---

## Estate of Isaac Brownfield.   Appeals of Malinda Brownfield.

Argued May 8, 1899.   Appeals, Nos. 23 and 274, Jan. T., 1898, by Malinda Brownfield, from decree of O. C. Fayette Co., Sept. T., 1895, No. 43, dismissing exceptions to auditor's re-